March 6, 1969

## Commonwealth ex rel. Cantello, Appellant, *v.* Stitzel.

Before BERTOLET, J.

Sub-

mitted December 9, 1968. *Jay N. Abramowitch,* and *McGavin, DeSantis & Koch,* for appellant; *Arthur Ed. Saylor,* First Assistant District Attorney, for appellee.

Order affirmed.